IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Case No. 14-04039-CR-BCW |
| WILLIAM HAYWARD COUNCIL, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Before the Court is Magistrate Judge Matt J. Whitworth's Report and Recommendation (Doc. #35) denying Defendant Council's Motion to Suppress Evidence and For Hearing (Doc. #21). Defendant filed objections (Doc. #36) to the Report and Recommendation. After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts Magistrate Judge Whitworth's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED for the reasons stated in the Report and Recommendation (Doc. #35), Defendant's Motion to Suppress Evidence and For Hearing (Doc. #21) is DENIED. It is further

ORDERED that Magistrate Judge Whitworth's Report and Recommendation be attached to and made part of this Order.

IT IS SO ORDERED.


DATED: July 2, 2015    /s/ Brian C. Wimes
                      JUDGE BRIAN C. WIMES
                      UNITED STATES DISTRICT COURT